

**FILED** PJJ

5/14/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

(full name of plaintiff or petitioner)

*Karen Sam i, Robert Sam*

vs.

*Dekalb Housing authority, HUD, EH.*

(full name of defendant(s) or respondent(s))

**APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS / FINANCIAL AFFIDAVIT (NON-PRISONER CASE)**

Case number: **1:25-cv-05351**
**Judge Matthew F. Kennelly**
**Magistrate Judge Laura K. McNally**
**RANDOM / Cat. 2**

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✓] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)

[✓] to request an attorney

1. *Are you employed?*

   [ ] Yes    Name and address of employer: _____

   [✓] No    Total amount of monthly take-home pay: _____

   Date(s) of last employment: _____ Last monthly take-home pay: _____

2. *If married, is your spouse employed?* [ ] Not married

   [✓] Yes    Name and address of spouse's employer: *part tim Caretaker through JOHS*

   Total amount of spouse's monthly take-home pay: _____

   [ ] No    Date(s) of spouse's last employment:    Spouse's last monthly take-home pay:

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   *(list the 12-month total for each)*

   Self-employment, business, or profession: $ _____

   Income from interest or dividends: $ _____

   Income from rent payments: $ _____

   Pensions, annuities, or life insurance: $ _____

   Disability or worker's compensation: $ _____

   Gifts (including deposits into any accounts in your name): $ _____

   Unemployment, public assistance, or welfare: $ _____

   Settlements or judgments (include any that are expected): $ _____

   **Any other source of money:** $ *SSI  860.00*

Rev. 2/2020

4.  *Cash and bank accounts:* Do you and/or your spouse have any money in cash or in a checking or savings account? ☑Yes ☐No   If yes, how much? _/50,00_

5.  *Other assets:* Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐Yes ☑No

    If yes, list each item of property and state its approximate value:

    _____

    _____

6.  *Dependents:* Is anyone dependent on you and/or your spouse for support? ☑Yes ☐No

    If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

    _H S   15yr  daughter  disabled_

    _____

7.  *Debts and financial obligations:* List any amounts you owe to others:

    _____

    _____

    _____

8.  *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney:*

    _We can only make $600.⁰⁰ per month or we lose Medicaid._

    _____

**Declaration:** I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: _5-5-25_                                  _Karen Sam_

                                                *Applicant's signature*

                                                _Karen Sam_

                                                *Printed name*

Rev. 2/2020