FILED
5/15/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

25CV50219

Karen Sam, et al.

Plaintiff,

v.                                          Case No.: 1:25–cv–05351

                                            Honorable Matthew F. Kennelly

Dekalb Housing Authority, et al.

JUDGE JOHNSTON
MAGISTRATE JUDGE SCHNEIDER

Defendant.

## DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Western Division – Rockford. Pursuant to transfer order: [7]. (ph, )