



FILED
6/2/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

 MEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

**Case No. 1:25-cv-05351**
**Judge Ian D. Johnston**

**Karen Sam and Robert Sam, Plaintiffs**

v.

**DeKalb Housing Authority, et al., Defendants**

**PLAINTIFFS' MOTION FOR JUDICIAL CLARIFICATION AND, IF NECESSARY, REQUEST FOR SUBSTITUTION DUE TO POTENTIAL CONFLICT**

NOW COME Plaintiffs **Karen Sam** and **Robert Sam**, pro se, and respectfully submit this motion requesting clarification regarding any potential conflict of interest between the assigned judge, Hon. Ian D. Johnston, and **Chief Judge Bradley Waller**, who presided over Plaintiffs' underlying state court matter. In support of this motion, Plaintiffs state as follows:

## 1. Background

Plaintiffs are pursuing civil claims against several defendants, including the **DeKalb Housing Authority** and other state actors, related to alleged misconduct in prior housing and judicial proceedings. The current case is

a refiling of earlier civil claims that Plaintiffs voluntarily dismissed due to concerns about impartiality and fairness.

## 2. Statement of Concern

During proceedings in the state eviction matter (DeKalb County Circuit Court), **Chief Judge Bradley Waller** informed Plaintiff **Robert Sam** in a private chambers discussion that he is personally acquainted with **Judge Ian D. Johnston**, the judge now assigned to this matter. Based on that representation, Plaintiffs grew concerned about the appearance of bias or undue influence, especially because:

- Plaintiffs' prior case (before Judge Johnston) seemed a little unfair as Judge Johnston warned plaintiffs of sanctions if they argued against legal fees by the defendants Council that they felt where unfair. Many issues the Sam's where not heard in even when asked for a hearing;

- Plaintiffs **felt unheard and prejudiced** in that prior action;

- No substantive orders or progress have occurred in this refiled case since its assignment to Judge Johnston;

- The connection between Judge Waller and Judge Johnston raises legitimate concerns about **judicial**

**impartiality**, particularly given that the case includes allegations of misconduct involving Chief Judge Waller.

- The Supreme Court removed all Dekalb cases due to bias and conflicts.

## 3. Request for Relief

In the interest of transparency and fairness, Plaintiffs respectfully ask this Court to:

1. **Clarify whether Judge Ian D. Johnston has any personal or professional relationship with Chief Judge Bradley Waller** that may give rise to an appearance of partiality;

2. If such a relationship exists, or if the Court determines recusal is appropriate under 28 U.S.C. § 455(a), Plaintiffs respectfully request a **voluntary substitution of judge** to ensure full impartiality and preserve public confidence in these proceedings.

## 4. Plaintiffs' Good Faith

Plaintiffs are not seeking to forum shop or delay proceedings. Rather, they bring this motion in **good faith**, solely to preserve their constitutional right to a fair and unbiased hearing. Plaintiffs are pursuing this case as pro

se litigants and respectfully seek only that their claims be adjudicated by a neutral decisionmaker, without actual or perceived influence from previously involved state court officials. Plaintiffs just want to be heard fairly.

**WHEREFORE, Plaintiffs respectfully request that this Honorable Court:**

- Clarify any relationship or communications between the Court and Chief Judge Bradley Waller;

- If warranted, recuse or transfer the case to a different judge in accordance with 28 U.S.C. § 455;

- And for such further relief as this Court deems just and proper.

Respectfully submitted,
/s/ Robert Sam
**Robert Sam**, Pro Se
639 Stonegate Dr., Sycamore, IL 60178
harpees5@yahoo.com

/s/ Karen Sam
**Karen Sam**, Pro Se
(Same address as above)