

**BC**

FILED
7/27/2025
MAM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

**Robert Sam, Karen Sam, and H.S., Plaintiffs**

v.

**DeKalb Housing Authority, et al., Defendants**
Case No. 25-cv-50219

## MOTION TO INQUIRE ABOUT STATUS OF SERVICE AND REQUEST FOR ASSISTANCE

Plaintiffs, appearing pro se and having been granted leave to proceed in forma pauperis, respectfully move this Court to inquire into the status of service by the U.S. Marshals Service as to all named defendants.

1. Plaintiffs submitted completed USM-285 forms, summonses, and complaints for all defendants.

2. To date, it appears that only one party has been served.

3. Plaintiffs respectfully request that the Court direct the U.S. Marshals Service to complete service upon all remaining defendants or advise of any deficiencies preventing completion.

Plaintiffs remain indigent and rely on the Marshal to complete service under Rule 4(c)(3).

Respectfully submitted,

/s/Robert Sam
/s/Karen Sam

639 stonegate dr sycamore

Illinois 60178

harpees5@yahoo.com
Dated: 7/28/25