**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Western Division**

Karen Sam, et al.

                          Plaintiff,

v.

                                            Case No.: 3:25–cv–50219
                                            Honorable Iain D. Johnston

Dekalb Housing Authority, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2025:

      MINUTE entry before the Honorable Margaret J. Schneider: Plaintiffs' Motion to Inquire About Status of Service and Request for Assistance [18] is granted to the extent that the Court certifies that the U.S. Marshal continues to effectuate service on behalf of Plaintiffs. The Court notes that it has been less than three weeks since the U.S. Marshal received Plaintiffs' USM forms. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.