
BC

25-CV-50219 FILED
8/6/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXM

## AFFIDAVIT OF ROBERT SAM

I, Robert Sam, being first duly sworn, hereby state as follows:

**1. Personal Information**
I am a named plaintiff in the above-captioned matter. I make this affidavit based on my personal knowledge unless otherwise indicated.

**2. Filing of the Complaint**
On [date of filing], I, along with co-plaintiffs Karen Sam and H.S., filed a complaint in the Northern District of Illinois asserting claims under the Fair Housing Act (FHA), Americans with Disabilities Act (ADA), Section 504 of the Rehabilitation Act, 42 U.S.C. § 1983, the Administrative Procedure Act (APA), and related Illinois state law claims.

**3. Basis for Jurisdiction**
The events giving rise to this action occurred in the Northern District of Illinois, primarily in DeKalb County and the Town of Sycamore, Illinois. Defendants DeKalb Housing Authority, Illinois Housing Development Authority, Town of Sycamore, and HUD all have a direct connection to this District. The complaint raises substantial federal questions under the laws listed in paragraph 2.

**4. Facts Demonstrating Standing**

- My family and I suffered eviction and denial of a housing voucher after repeated attempts to secure accommodation for disability-related needs.

- The defendants' acts and omissions have caused us to experience homelessness, deterioration of health, and interference with family stability.

- These harms are ongoing and can be remedied through the relief requested in our complaint.

## 5. Evidence Supporting the Claims
I have retained:

- Copies of HUD complaints and correspondence (over 50 contacts).

- Emails and letters from housing authority staff, including Alexis Moreland.

- Court records from related eviction proceedings.

- Medical documentation showing the impact on Karen Sam and H.S.

- Photographs and inspection records documenting unsafe living conditions.

## 6. Immunity Considerations
I understand HUD is being sued under the APA for injunctive and declaratory relief, which is permitted

by law. I also understand that ADA Title II, Section 504, and the FHA abrogate state sovereign immunity and apply to entities like IHDA and DHA. The facts alleged in the complaint involve violations of clearly established federal rights.

7. **Good Faith and Intent**
   I have filed this action in good faith to protect my family's rights under federal law. I am not attempting to relitigate state court judgments; instead, I am pursuing independent federal claims based on discrimination, retaliation, and denial of accommodations.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on: 8/6/25
Location: sycamore Illinois


/S/Robert Sam, Pro Se Plaintiff


**AFFIDAVIT OF KAREN SAM**

I, Karen Sam, being first duly sworn, hereby state as follows:

1. **Personal Information**
   I am a named plaintiff in the above-captioned matter. I make this affidavit based on my personal knowledge unless otherwise indicated.

2. **Filing of the Complaint**
   On [date of filing], I, along with co-plaintiffs Robert Sam and H.S., filed a complaint in the Northern District of Illinois asserting claims under the Fair Housing Act (FHA), Americans with Disabilities Act (ADA), Section 504 of the Rehabilitation Act, 42 U.S.C. § 1983, the Administrative Procedure Act (APA), and related Illinois state law claims.

3. **Basis for Jurisdiction**
   The events giving rise to this action occurred in the Northern District of Illinois, primarily in DeKalb County and the Town of Sycamore, Illinois. Defendants DeKalb Housing Authority, Illinois Housing Development Authority, Town of Sycamore, and HUD all have a direct connection to this District. The complaint raises substantial federal questions under the laws listed in paragraph 2.

4. **Facts Demonstrating Standing**

   - I am a person with documented disabilities, including an autoimmune disorder, that substantially limit my ability to work and perform daily activities.

- My disability-related needs were communicated to all relevant defendants in multiple written and verbal requests for accommodation.

- I was denied the ability to port my housing voucher to safer, healthier housing despite medical necessity.

- I have suffered eviction, homelessness, deterioration of my medical condition, and emotional distress as a direct result of defendants' actions and inaction.

5. **Evidence Supporting the Claims**
I have retained:

- Copies of HUD complaints and correspondence sent on my behalf.

- Medical documentation showing my diagnoses and the risks of continued unsafe housing.

- Court records from eviction proceedings.

- Emails and letters from housing authority staff.

- Photographs and inspection records showing unsafe living conditions.

6. **Immunity Considerations**
I understand HUD is being sued under the APA for injunctive and declaratory relief, which is permitted

by law. I also understand that ADA Title II, Section 504, and the FHA abrogate state sovereign immunity and apply to entities like IHDA and DHA. The facts alleged in the complaint involve violations of clearly established federal rights, including my right to reasonable accommodation.

7. **Good Faith and Intent**
   I have joined this action in good faith to protect my family's rights under federal law. I am not attempting to relitigate state court judgments; instead, I am pursuing independent federal claims based on discrimination, retaliation, and denial of accommodations.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed on: 8/6/25
Location: sycamore Illinois

Karen Sam, Pro Se Plaintiff