## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Karen Sam, et al.

         Plaintiff,

v.                 Case No.: 3:25−cv−50219

                 Honorable Iain D. Johnston

Dekalb Housing Authority, et al.

         Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, August 7, 2025:


  MINUTE entry before the Honorable Iain D. Johnston: Before the Court is the plaintiffs' motion to confirm jurisdiction and the sufficiency of their pleadings. Dkt. 23. The motion appears to be an effort to obtain a ruling on a motion to dismiss under Rule 12(b) before one has been filed. In fact the defendants' answers aren't even due yet. The defendants are free to raise those issues if warranted. The motion [23] is denied. Mailed notice. (yxp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.