



FILED

8/8/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXK

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

Robert Sam, et al.,
   Plaintiffs,

v.

Case No. 3:25-cv-50219

DeKalb Housing Authority, et al.,
   Defendants.

**PLAINTIFFS' MOTION FOR STATUS ON SERVICE**

Plaintiffs, appearing pro se, respectfully move this Court for an order directing the United States Marshals Service to provide a written status update on service of process for the Illinois Housing Development Authority ("IHDA"). In support, Plaintiffs state:

1.  This Court granted Plaintiffs leave to proceed in forma pauperis and directed the United States Marshals Service to serve the named defendants.

2.  All defendants except IHDA have been served. Plaintiffs have received no confirmation that service upon IHDA has been completed.

3.  Plaintiffs have left multiple telephone messages for the Marshals Service requesting a status update but have received no response.

4. Plaintiffs provided the completed USM-285 form and summons for IHDA to the Marshals Service, identifying the correct service address as:

   Illinois Housing Development Authority
   111 E. Wacker Drive, Suite 1000
   Chicago, IL 60601

5. Plaintiffs request that the Court direct the U.S. Marshals Service to promptly confirm the status of service upon IHDA and, if unserved, to complete service without delay.

**WHEREFORE**, Plaintiffs respectfully request that this Court enter an order:

1. Directing the United States Marshals Service to provide a written status update on service of process for IHDA;

2. Ordering prompt completion of service if it has not been accomplished; and

3. Granting such other relief as this Court deems just and proper.

**Respectfully submitted,**

/S/Robert Sam, Pro Se

779-777-3265

harpees5@yahoo.com

8/8/25