# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Karen Sam, et al.

                                    Plaintiff,

v.                                                           Case No.: 3:25–cv–50219
                                                             Honorable Iain D. Johnston

Dekalb Housing Authority, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2025:

        MINUTE entry before the Honorable Margaret J. Schneider:The Court denies Plaintiff's motion [25] concerning service of process on the Illinois Housing Development Authority. Rule 4(m) of the Federal Rules of Civil Procedure allows 90 days for service of process. Summons was issued for service on the Illinois Housing Development Authority on July 10, 2025, so the Marshal has until October 8, 2025, to effectuate service on Defendant. If Plaintiff would like quicker service, he may (at his own expense) use any method provided by Rule 4(h). Any further motions for the status of service, before the 90 days deadline has passed, will be summarily stricken. Plaintiff also is advised that no further action is required of him at this time. The Court will set a date when this case is ready to move forward. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.