**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | | |
|---|---|---|
| KAREN SAM, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:25-cv-50219 |
| v. | ) | |
| | ) | Judge Iain D. Johnston |
| CITY OF SYCAMORE, ILLINOIS, et al., | ) | |
| | ) | Magistrate Judge Margaret J. Schneider |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

To:     See service list.

The undersigned, an attorney, hereby certifies under penalties of perjury as provided by law pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, that he caused a copy of the foregoing **CITY OF SYCAMORE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** to be served on the attorneys named above via electronic mail on August 20, 2025

Respectfully submitted,
**CITY OF SYCAMORE**

By: */s/ K. Austin Zimmer*
One of its attorneys

K. Austin Zimmer (#6276227)
Peter M. Quigley (#6344324)
Del Galdo Law Group, LLC
1441 S. Harlem Ave.
Berwyn, IL 60402
(708) 222-7000
(708) 222-7001 Fax
zimmer@dlglawgroup.com
quigley@dlglawgroup.com

## SERVICE LIST

Robert Sam
Karen Sam
639 Stonegate Dr.
Sycamore, IL 60178
779-777-3265
harpees5@yahoo.com
*Plaintiff - H.S. a minor, represented*
*by her parents, Robert and Karen Sam*

Allie Burnet
Best Vanderlaan & Harrington
200 N. LaSalle Street
Suite 2600
Chicago, IL 60601
773-965-2286
aburnet@bestfirm.com
*Attorney for Dekalb Housing Authority*
*also known as DHA*

AUSA - Rockford
United States Attorney's Office
(Rockford)
327 South Church Street
Rockford, IL 61101
815- 987-4444
usailn.ecfrockford@usdoj.gov
*Attorney for United States Department*
*of Housing and Urban Development*
*also known as HUD*