

FILED
8/27/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

E.C

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**Karen Sam, Robert Sam, and H.S.,**
Plaintiffs,

v. Case No. 3:25-cv-50219

**DeKalb Housing Authority, Illinois Housing Development Authority, Town of Sycamore, United States Department of Housing and Urban Development, et al.,**
Defendants.

**MOTION TO EXPEDITE SERVICE AND CLARIFY DEFENDANT RESPONSE DEADLINES**

Plaintiffs, appearing pro se, respectfully move this Court for an order directing the United States Marshals Service to promptly complete service on the remaining unserved defendant, the Illinois Housing Development Authority, and to clarify the deadline for responses by the federal defendants, including the U.S. Department of Housing and Urban Development (HUD). In support of this motion, Plaintiffs state as follows:

## 1. Outstanding Service on Illinois Housing Development Authority

1. On July 10, 2025, this Court issued summonses for all defendants, including the Illinois Housing Development Authority ("IHDA"). (Dkt. 15).

2. Despite the passage of more than six weeks, IHDA still has not been served. Plaintiffs have no ability to effectuate service themselves, as the Court directed the U.S. Marshals Service to handle service.

3. The Court has allowed the Marshal until October to complete service, but such delay significantly prejudices Plaintiffs because the case cannot progress fully while one key defendant remains absent.

## 2. Prejudice Caused by Delay

4. Plaintiffs and their disabled minor child continue to suffer ongoing harm from Defendants' conduct, including the loss of housing assistance, health deterioration, and unstable living conditions.

5. Every additional month of delay exacerbates this prejudice, preventing the Court from reaching the merits and prolonging the harm that this lawsuit seeks to redress.

6. Defendants, by contrast, suffer no prejudice from prompt service, as they already have notice of the claims.

## 3. Federal Defendants' Response Deadlines

7. HUD and other federal defendants were included in the July 10, 2025 summons package transmitted to the U.S. Marshals Service for service on the U.S. Attorney and Attorney General.

8. Under Fed. R. Civ. P. 12(a)(2), a United States agency must file an answer or responsive pleading within **60 days of service on the U.S. Attorney**.

9. Plaintiffs are uncertain when service on the U.S. Attorney in Rockford was completed, and therefore when HUD's response deadline expires.

10. If the deadline has already passed and no response has been filed, Plaintiffs respectfully request entry of default, or in the alternative, leave to seek default pursuant to Fed. R. Civ. P. 55(a).

## RELIEF REQUESTED

Plaintiffs respectfully request that this Court:

1. Direct the United States Marshals Service to immediately serve the Illinois Housing Development Authority with the summons and complaint, without further delay;

2. Clarify on the docket the date when service was completed on the U.S. Attorney for HUD and federal defendants;

3. Establish the exact deadline for HUD and other federal defendants to respond; and

4. If such deadline has passed, direct the Clerk to enter default, or grant Plaintiffs leave to seek default under Rule 55.

Respectfully submitted,

**/s/ Karen Sam**
Karen Sam, Plaintiff
harpees5@yahoo.com

**/s/ Robert Sam**
Robert Sam, Plaintiff

August 23, 2025