## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Karen Sam, et al.

                                        Plaintiff,

v.                                                           Case No.: 3:25−cv−50219
                                                             Honorable Iain D. Johnston

Dekalb Housing Authority, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 29, 2025:

      MINUTE entry before the Honorable Margaret J. Schneider: Plaintiffs' motion to expedite service [32] is stricken. The Court draws Plaintiffs' attention to docket entry [26] setting out that the US Marshal Service has until 10/08/25 to effectuate service on the Illinois Housing Development Authority, and docket [17] noting that the United States Department of Housing and Urban Development has until 09/14/25 to answer or otherwise respond to Plaintiffs' complaint. Plaintiffs are warned that further unnecessary filings may subject them to sanctions. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.