**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION**

KAREN SAM and ROBERT SAM,

                Plaintiffs,

v.

DEKALB HOUSING AUTHORITY, et al.

                Defendants.

Case No. 3:25-CV-50219

Hon. Iain D. Johnston

**JURY TRIAL DEMANDED**

## <u>MOTION FOR LEAVE TO FILE AN EXCESS BRIEF *INSTANTER*</u>

Defendant, HOUSING AUTHORITY OF THE COUNTY OF DEKALB, by its attorney Allie M. Burnet of Best, Vanderlaan & Harrington, hereby moves this Court for leave to file a brief in excess of the applicable page limitations, *instanter,* as follows:

1. Plaintiffs' pro se Complaint asserts six counts under four different complex federal statutes, Illinois common law, and the U.S. Constitution.

2. Defendant, HOUSING AUTHORITY OF THE COUNTY OF DEKALB ("HACD"), has prepared a Motion to Dismiss Plaintiff's Complaint as to all six claims asserted against it, and in the alterative to strike certain prayers for damages should the Court sustain any Count pled therein.

3. Despite best efforts to adequately address all issues and claims raised by Plaintiffs within the fifteen (15) page limitation for the brief, Defendant's counsel has been unable to reduce its brief to meet that page limitation without removing arguments it believes fully address the varied legal theories and claims raised by Plaintiff's Complaint, and which Defendant HACD believes supports dismissal against it.

4.      Defendant's counsel has reduced the brief to seventeen (17) pages, and requests leave of Court to file the excess brief attached hereto as Exhibit A, instanter. *See Proposed Brief, attached hereto as Exhibit A.*

5.      Defense counsel Burnet contacted Plaintiffs regarding Defendant's intention to file this motion on September 3, 2025, to determine whether Plaintiffs object to the motion or excess pages requested herein. Plaintiff Robert Sam advised Defendant's counsel that Plaintiffs do object to this motion and the requested leave for Defendant to file the excess brief attached hereto.

6.      The extension of the page limitation would allow this Court and the parties to conserve time and judicial resources by allowing Defendant HACD to fully and adequately address the legal issues presented by Plaintiffs' Complaint, and Defendant has no objection to Plaintiff being granted leave of court to file a response brief of similar length to Defendant's motion should the Court grant Defendant's motion herein. Accordingly, Plaintiff will not be prejudiced if Defendant's motion is granted.

7.      Based on the foregoing, Defendant HACD respectfully requests leave of Court to file the excess brief attached hereto, *instanter,* and for all other relief this Court deems just and proper.

8.      Should this Court deny Defendant's motion, Defendant respectfully requests that the Court extend Defendant's time to file its responsive pleading for a period of one business day from the Court's order denying the motion to allow Defendant to file its responsive pleading.

WHEREFORE, Defendant, HOUSING AUTHORITY OF THE COUNTY OF DEKALB, prays that this Court grants it leave to file its excess brief, *instanter,* and for all other relief in its favor which this Court deems just and proper.

Respectfully submitted,

**HOUSING AUTHORITY OF THE COUNTY OF DEKALB**

_/s/Allie M. Burnet_

Allie M. Burnet
**Best, Vanderlaan & Harrington**
200 N LaSalle St., Suite 2600
Chicago, IL 60601
(312) 819-1100
eservice@bestfirm.com
aburnet@bestfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned, state that I caused copies of the foregoing to be served, with enclosures referred to thereon, if any, by **electronic delivery through the Court's filing system** to all parties of record, at their addresses of record, on September 3, 2025.

_/s/Allie M. Burnet_