**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Western Division**

Karen Sam, et al.
                                        Plaintiff,

v.                                                      Case No.: 3:25−cv−50219
                                                        Honorable Iain D. Johnston

Dekalb Housing Authority, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2025:

        MINUTE entry before the Honorable Margaret J. Schneider: Defendant DeKalb
Housing Authority's opposed Motion for Leave to File an Excess Brief Instanter [34] is
granted. Defendant DeKalb Housing Authority is directed to file its brief in a separate
docket entry. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.