UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| KAREN SAM and ROBERT SAM, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 25 C 50219 |
| | ) | |
| DEKALB HOUSING AUTHORITY; | ) | Judge Johnston |
| ILLINOIS HOUSING DEVELOPMENT | ) | |
| AUTHORITY; TOWN OF SYCAMORE; | ) | |
| and UNITED STATES DEPARTMENT OF | ) | |
| HOUSING AND URBAN | ) | |
| DEVELOPMENT, | ) | |
| | ) | |
| Defendants. | ) | |

## **HUD'S MOTION TO DISMISS**

The United States Department of Housing and Urban Development (HUD), by its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, moves under Federal Rule of Civil Procedure 12(b)(1) and (6) to dismiss HUD from the above captioned case. A memorandum in support is filed with this motion.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ David H. DeCelles
DAVID H. DeCELLES
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220
david.decelles@usdoj.gov

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance

with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the

following documents:

HUD'S MOTION TO DISMISS

MEMORANDUM IN SUPPORT OF HUD'S MOTION TO DISMISS

were filed and served pursuant to the district court's ECF system as to ECF filers, if any, and were

sent by first-class mail and e-mail on September 12, 2025, to the following parties:

Karen Sam
639 Stonegate Drive
Sycamore, IL 60178
harpees5@yahoo.com

Robert Sam
639 Stonegate Drive
Sycamore, IL 60178
harpees5@yahoo.com

s/ David H. DeCelles
DAVID H. DECELLES
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220
david.decelles@usdoj.gov