# EXHIBIT A

UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

|  |  |  |
|---|---|---|
| Sam et al. | ) | |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | Civil Action No. 25cv50219 |
| | ) | |
| v. | ) | |
| | ) | |
| DeKalb Housing Authority et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **DECLARATION**

I, Eric D. Levin, pursuant to 28 U.S.C. Section 1746, declare and state as follows:

1.  I am the Acting Regional Counsel in the Office of General Counsel for Region I for the United States Department of Housing and Urban Development (hereinafter "HUD").

2.  In this position I am responsible for the review and processing of all tort claims filed with HUD pursuant to the Federal Tort Claims Act. Under HUD procedures, administrative tort claims must be referred to my office for processing under 24 C.F.R. Part 17, Subpart A.

3.  A search of the files in my office has been conducted. Based on this search and to the best of my knowledge, the named plaintiffs, Karen and Robert Sam, have not filed a claim(s) for injury or damages with HUD.

4.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 18th day of August 2025.

Eric D. Levin, Acting Regional Counsel
Office of General Counsel – Region I
U.S. Department of Housing and Urban Development
10 Causeway Street, Room 310
Boston, MA 02222-1092