UNITED STATES DISTRICT COURT
NORTHERN DISRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| KAREN SAM and ROBERT SAM, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:25-CV-50219 |
| | ) | |
| v. | ) | Hon. Iain D. Johnston |
| | ) | |
| DEKALB HOUSING AUTHORITY; | ) | Hon. Margaret J. Schneider, |
| ILLINOIS HOUSING DEVELOPMENT | ) | *Magistrate Judge* |
| AUTHORITY; TOWN OF SYCAMORE; | ) | |
| and UNITED STATES DEPARTMENT | ) | |
| OF HOUSING AND URBAN | ) | |
| DEVELOPMENT, | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant, ILLINOIS HOUSING DEVELOPMENT AUTHORITY, by its undersigned counsel, James D. Major, of the Illinois Housing Development Authority, hereby moves this Court for an extension of time to file its responsive pleadings, and states the following:

1.	On September 16, 2025, Defendant Illinois Housing Development Authority ("IHDA") was served with a copy of the Plaintiffs Summons and Complaint. (Doc. 43).

2.	Pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure, IHDA's responsive pleading is currently due to be filed on or before **October 7, 2025**. (Doc. 43).

3.	The Plaintiffs have included IHDA in all six Counts of their Complaint alleging violations of the U.S. Constitution and various federal and state laws against multiple parties. To properly respond to Plaintiffs allegations, IHDA requires additional time to fully

review and investigate the claims in the Complaint and therefore is requesting a short extension of time to file its responsive pleadings.

4. Accordingly, IHDA is requesting an extension of fourteen (14) days, through and including October 21, 2025, to file its responsive pleadings.

5. On September 22, 2025, the undersigned counsel contacted Plaintiffs Karen and Robert Sam to advise them that IHDA intends to file a motion of extension of time through October 21, 2025, to respond to their Complaint. The Plaintiffs responded and indicated they do not oppose the motion.

6. Pursuant to the Court's local rules and case procedures, the subject motion is IHDA's first motion for extension of time.

WHEREFORE, DEFENDANT, ILLINOIS HOUSING DEVELOPMENT AUTHORITY, respectfully requests that this Court grant its extension of time, though October 21, 2025, to file its responsive pleadings to the Plaintiffs Complaint, and for any other relief which this Court deems just and proper.

Respectfully submitted,

ILLINOIS HOUSING DEVELOPMENT AUTHORITY

_____ */s/ James D. Major* _____

James D. Major
Illinois Housing Development Authority
111 East Wacker Drive, Suite 1000
Chicago, IL 60601
(312) 836-5200
JMajor@ihda.org
Ihdalegal@ihda.org

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, states that copies of the foregoing were served, with enclosures referred to therein, if any, by electronic delivery through the Court's filing system to all parties of record, at their addresses of record, on September 23, 2025.

_____/s/ James D. Major_____

James D. Major
Illinois Housing Development Authority
111 East Wacker Drive, Suite 1000
Chicago, IL 60601
(312) 836-5200
JMajor@ihda.org
Ihdalegal@ihda.org