## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Karen Sam, et al.

                                        Plaintiff,

v.                                                          Case No.: 3:25–cv–50219
                                                            Honorable Iain D. Johnston

Dekalb Housing Authority, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 24, 2025:

     MINUTE entry before the Honorable Margaret J. Schneider: Defendant Illinois Housing Development Authority's Unopposed Motion for Extension of Time [46] is granted. Defendant has until 10/21/25 to answer or otherwise respond to Plaintiff's complaint. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.