



FILED
12/1/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

E.C

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

**KAREN SAM, and ROBERT SAM,**
Plaintiffs,

v.

**DEKALB HOUSING AUTHORITY;
ILLINOIS HOUSING DEVELOPMENT
AUTHORITY;
TOWN OF SYCAMORE; and
UNITED STATES DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT,**
Defendants.

Case No. **3:25-cv-50219**
Judge **Iain D. Johnston**
Magistrate Judge **Margaret J. Schneider**

# PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

OF DEFENDANT ILLINOIS HOUSING
DEVELOPMENT AUTHORITY

WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

NOW COME Plaintiffs **Karen Sam and Robert Sam**, pro se, and respectfully submit this Notice of Voluntary Dismissal of **Defendant Illinois Housing Development Authority ("IHDA") without prejudice**, and state as follows:

1. Federal Rule of Civil Procedure **41(a)(1)(A)(i)** permits a plaintiff to voluntarily dismiss any defendant **without a court order** at any time **before that defendant files an answer or a motion for summary judgment**.

2. Defendant **IHDA has not filed an answer** to the Complaint, nor has it filed any motion for summary judgment. IHDA has only filed a Rule 12(b) motion to dismiss, which **does not prevent voluntary dismissal under Rule 41(a)(1)(A)(i).**

3. Plaintiffs therefore voluntarily dismiss **IHDA only**, **without prejudice**, with each party to bear its own costs as to this defendant.

4. This Notice does **not** dismiss any other defendant. Plaintiffs continue to pursue all claims against the remaining defendants:

   ○ DeKalb Housing Authority (DHA)

- ◦ Town of Sycamore

- ◦ U.S. Department of Housing and Urban Development (HUD)

WHEREFORE, Plaintiffs respectfully request that the Clerk terminate **Illinois Housing Development Authority** as a defendant in this matter **without prejudice**.

Respectfully submitted,

**/s/ Karen Sam**
Karen Sam, Plaintiff Pro Se

**/s/ Robert Sam**
Robert Sam, Plaintiff Pro Se

639 Stonegate Dr.
Sycamore, IL 60178
harpers5@yahoo.com
779-777-3265

Date: 12/1/25