**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Western Division**

Karen Sam, et al.

                     Plaintiff,

v.                                        Case No.: 3:25−cv−50219
                                        Honorable Iain D. Johnston

Dekalb Housing Authority, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 3, 2025:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the plaintiffs' notice of voluntary dismissal [57], defendant Illinois Housing Development Authority is dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(i). Its motion to dismiss [51] is stricken as moot. The clerk is directed to terminate from this case defendant Illinois Housing Development Authority. The plaintiffs' case against the remaining three defendantsthe DeKalb Housing Authority, the Town of Sycamore, and the U.S. Department of Housing and Urban Developmentshall proceed. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.