



**FILED**
1/9/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

CVK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ILLINOIS

**KAREN SAM and ROBERT SAM, individually and on behalf of their minor daughter H.S.,**
Plaintiffs,

v.

**DEKALB HOUSING AUTHORITY, et al.,**
Defendants.

Case No. **3:25-cv-50219**
Hon. **Iain D. Johnston**

**PLAINTIFFS' RENEWED MOTION FOR APPOINTMENT OF COUNSEL**

Plaintiffs Karen Sam and Robert Sam, proceeding pro se, respectfully move this Court for the appointment of counsel pursuant to 28 U.S.C. § 1915(e)(1).

## 1. Plaintiffs' intent to comply with the Court's Order

Plaintiffs respectfully state at the outset that they **fully intend to comply** with the Court's January 8, 2026 Memorandum Opinion and Order and to file an amended complaint within the time permitted by the Court. This motion is **not filed as a condition of compliance**, nor is it

intended to delay these proceedings. The plaintiffs truly want to thank this court for putting in the time and effort and throughly reviewing the complaint and responses and making sure we are heard fairly. All we as the plaintiffs wanted was to be heard and heard fairly and the court has given us that. Whether we win or lose this case, being able to tell our story and what happened to us and being heard means everything.

## 2. Legal standard

Under 28 U.S.C. § 1915(e)(1), the Court has discretion to request an attorney to represent an indigent litigant. In exercising that discretion, courts consider factors including the complexity of the legal issues, the plaintiff's ability to litigate the case, and whether the appointment of counsel would assist the Court in the efficient and orderly resolution of the matter.

## 3. Complexity of the issues presented

This action involves multiple interrelated federal claims, including alleged violations of the Fair Housing Act, the Americans with Disabilities Act, Section 504 of the Rehabilitation Act, 42 U.S.C. § 1983, and administrative law principles relating to federal housing oversight. The Court's recent Order reflects that the sufficiency of Plaintiffs' pleading turns on technical issues such as

statutory duties, causation, immunity doctrines, and municipal liability standards.

While Plaintiffs are prepared to proceed pro se, they respectfully submit that the **legal and procedural complexity** of these issues presents substantial challenges for unrepresented litigants and that the assistance of counsel would materially aid in addressing the Court's concerns in a focused and legally precise manner.

## 4. Benefit to the Court and the proceedings

Plaintiffs submit that the appointment of counsel would not only assist them but would also **benefit the Court** by promoting clarity, narrowing the issues, and facilitating a more efficient presentation of the claims and defenses. Counsel could assist in ensuring that the amended complaint conforms closely to governing pleading standards and addresses the legal deficiencies identified by the Court. If even granting council on a limited status as for just amending the complaint would be very helpful.

## 5. Plaintiffs' circumstances

Plaintiffs are indigent, are proceeding in forma pauperis, and bring this action on behalf of themselves and their disabled minor child. They have made good-faith efforts to litigate this matter responsibly and respectfully and seek counsel solely to ensure that the amended pleading

and further proceedings are conducted as efficiently and properly as possible.

## 6. No request for delay at this time

Plaintiffs do **not** request an extension of the amendment deadline at this time. Should counsel be appointed, Plaintiffs respectfully note that a brief extension could potentially allow for a more efficient and complete amendment, but Plaintiffs defer entirely to the Court's discretion on that issue.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court exercise its discretion under 28 U.S.C. § 1915(e)(1) to appoint counsel, or alternatively to refer this matter for possible pro bono representation.

Respectfully submitted,

/S/**Karen Sam**
/S/**Robert Sam**
Plaintiffs, pro se
harpees5@yahoo.com

1/9/2025