# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Western Division

Karen Sam, et al.

                         Plaintiff,

v.

                                        Case No.: 3:25−cv−50219

                                        Honorable Iain D. Johnston

Dekalb Housing Authority, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 9, 2026:

      MINUTE entry before the Honorable Iain D. Johnston: Before the Court is the plaintiffs' renewed motion for counsel [62]. In it the plaintiffs seek counsel because their original complaint was dismissed, any amended complaint is due 2/6/2026, and they need counsel to amend because their case involves "technical issues such as statutory duties, causation, immunity doctrines, and municipal liability standards." Dkt. 62 at 2−3. The Court notes first that while Ms. Sam identified attorneys from whom she unsuccessfully sought pro bono representation in her initial motion for counsel, see Dkt. 5, the renewed motion does not identify any subsequent efforts by either her or Mr. Sam. Second, the Sams know what happened to them and what interactions they had with the defendants, and have been able to articulate their experiences and views in previous filings in this and other cases they have filed. Under Federal Rule of Civil Procedure 8(a)(2) a complaint need only set out a &quot;short and plain statement of the claim showing that the pleader is entitled to relief," and the allegations need only "state a claim to relief that is plausible on its face," see Bell Atl. Corp. v. Twombly, 550 U.S. 544, 570 (2007). Accordingly, the Sams need only describe what happened and plausibly suggest a basis for relief, and this time around will have the benefit of the Court's order dismissing their original complaint. As a result, the Court seeks no basis at this point for recruiting counsel. For these reasons, the renewed motion for counsel [62] is denied without prejudice. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.