UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

KAREN SAM and ROBERT SAM,    )
    )
    Plaintiffs,    )
    )
    v.    )    No. 25 C 50219
    )
    )    Judge Johnston
DEKALB HOUSING AUTHORITY;    )
TOWN OF SYCAMORE; and UNITED    )
STATES DEPARTMENT OF HOUSING    )
AND URBAN DEVELOPMENT,    )
    )
    Defendants.    )

### HUD'S SECOND MOTION TO DISMISS

The United States Department of Housing and Urban Development (HUD), by its attorney, Andrew S. Boutros, United States Attorney for the Northern District of Illinois, moves under Federal Rule of Civil Procedure 12(b)(1) and (6) to dismiss HUD from the above captioned case because the court lacks subject matter jurisdiction over the claim asserted against HUD in the amended complaint and the amended complaint fails to state a claim upon which relief can be granted. A memorandum in support is filed with this motion.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ David H. DeCelles
    DAVID H. DeCELLES
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4220
    david.decelles@usdoj.gov

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

HUD'S SECOND MOTION TO DISMISS

MEMORANDUM IN SUPPORT OF HUD'S SECOND MOTION TO DISMISS

were filed and served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail and e-mail on February 13, 2026, to the following parties:

Karen Sam
639 Stonegate Drive
Sycamore, IL 60178
harpees5@yahoo.com

Robert Sam
639 Stonegate Drive
Sycamore, IL 60178
harpees5@yahoo.com

s/ David H. DeCelles
DAVID H. DeCELLES
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4220
david.decelles@usdoj.gov