

**BC**

FILED
2/28/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JKS

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

KAREN SAM and ROBERT SAM, individually and on behalf of H.S., a minor,
Plaintiffs,

v.

DEKALB HOUSING AUTHORITY,
TOWN OF SYCAMORE, and
UNITED STATES DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,

Defendants.

Case No. 3:25-cv-50219
Judge Johnston

# PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Plaintiffs Karen Sam and Robert Sam, proceeding pro se, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss Defendant United States Department of Housing and Urban Development ("HUD") from this action, without prejudice.

In support of this Notice, Plaintiffs state as follows:

1. Plaintiffs filed their Amended Complaint asserting claims against multiple defendants, including HUD.

2. Defendant HUD has filed a motion to dismiss and has not filed an answer to the Amended Complaint.

3. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss claims against a defendant without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

4. Plaintiffs voluntarily dismiss Defendant HUD without prejudice in the interest of narrowing the issues and focusing the litigation on the remaining defendants.

5. This dismissal applies only to Defendant United States Department of Housing and Urban Development and does not affect Plaintiffs' claims against the remaining defendants, DeKalb Housing Authority and Town of Sycamore.

6. One thing I would like to say is HUD creates rules in the HAP contracts. When these rules are ignored by the housing departments and townships, HUD needs to intervene and protect the people who need these programs, not sit back and ignore wrongdoing.

WHEREFORE, Plaintiffs respectfully provide notice that Defendant United States Department of Housing and Urban Development is voluntarily dismissed from this action without prejudice.

Respectfully submitted,

/s/ Karen Sam
Karen Sam, Pro Se

/s/ Robert Sam
Robert Sam, Pro Se

Plaintiffs

Dated: 2/25/26