**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Western Division**


Karen Sam, et al.
                                        Plaintiff,

v.                                                         Case No.: 3:25−cv−50219
                                                          Honorable Iain D. Johnston

Dekalb Housing Authority, et al.
                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, March 3, 2026:


     MINUTE entry before the Honorable Iain D. Johnston: Before the Court is Plaintiffs' notice of voluntary dismissal without prejudice of one of the defendants, the U.S. Department of Housing and Urban Development ("HUD"), filed under Fed. R. Civ. P. 41(a)(1)(A)(i). HUD has not answered or filed a motion for summary judgment. Accordingly, the defendant U.S. Department of Housing and Urban Development is dismissed without prejudice and its motion to dismiss [67] is stricken as moot. Plaintiffs' claims against the remaining two defendants shall proceed. (yxp, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.